IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DEANNA L. PICKARTZ                                           PLAINTIFF

            v.                 Civil No. 04-2283

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## **JUDGMENT**

On this 5th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Iva Nell Gibbons, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $3,825.16 under *28 U.S.C. § 2412*.

      IT IS SO ORDERED.

                                                    /s/ Bobby E. Shepherd
                                                    HONORABLE BOBBY E. SHEPHERD
                                                    UNITED STATES MAGISTRATE JUDGE